Matthew Mellen (Bar No. 233350)
RamonChito De Castro (Bar No. 332595)
MELLEN LAW FIRM
1050 Marina Village Parkway, Suite 102
Alameda, CA 94501
Telephone: (510)263-9638
Facsimile: (415) 276-1902
Email: email@mellenlawfirm.com

Attorney for Plaintiffs,
WILLIAM CHAMBERLAIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CHAMBERLAIN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPECIALIZED LOAN SERVING, LLC, a business entity; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-17, a business entity; BANK OF AMERICA, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.: 21-cv-03541-HSG<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR EXTENSION OF TIME TO FILE DISMISSAL; ORDER**<br><br>[Hon. Haywood S. Gilliam, JR.]<br><br>Complaint Filed: March 4, 2021.<br>Trial Date: |

Pursuant to Civil Local Rule 7-11, Plaintiff hereby moves for administrative relief from deadline to file stipulation for dismissal (Dkt. No. 44) and for extension of time to file stipulation for dismissal. Parties filed a notice of settlement on June 25, 2021 (Dkt. No. 44) stating that Parties anticipated filing the stipulation for dismissal by July 2, 2021. Plaintiff has been unable to reach Defendant SLS to file the dismissal and believes this is due to the holiday weekend. Thus, Plaintiff requests an extension of time to July 9, 2021 to file the stipulation for dismissal.

DATED: July 2, 2021

Respectfully submitted,
MELLEN LAW FIRM

 /s/ *Matthew Mellen*
Matthew Mellen
Attorney for Plaintiff
WILLIAM CHAMBERLAIN

**DATED:**  7/6/2021



IT IS SO ORDERED
Judge Haywood S. Gilliam Jr.